# United States Bankruptcy Court
## Middle District of Florida

| | |
|---|---|
| In re   **Eunice A Vankannel** | Case No. _____ |
| Debtor(s) | Chapter   **13** |

| | |
|---|---|
| **X**   **Chapter 13 Plan** | _____   **Amended Chapter 13 Plan** |

COMES NOW, the Debtor(s) and files this Chapter 13 Plan.  The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

## PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan Payment |
|---|---|
| 1 - 36 | $1,055.63 |

The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction,** to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103.  The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

## PAYMENTS OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| -NONE- | | | |

**Priority Claims**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| -NONE- | | | |

**Secured Claims**

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Nationstar Mortgage | 413,854.09 | 950.00 | Mos 1-36 |

**Secured Arrearage**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| -NONE- | | | |

**Secured Gap Payments**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| -NONE- | | | |

**Property to Be Surrendered:**

| Creditor Name | Property Address: |
|---|---|
| -NONE- | |

**Valuation of Security:**

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| -NONE- | | | |

(note: motion to value must be filed consistent with plan treatment)

**Executory Contracts:**
The following Executory Contracts are assumed:

| Name of Creditor: | Description of Collateral\Month Numbers: |
|---|---|
| -NONE- | |

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**The following Executory Contracts are rejected:**

| Name of Creditor: | Description of Collateral: |
|---|---|
| -NONE- | |

**Unsecured Creditors:** whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made.  Approximate percentage:  __0__ %

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

**\* Payment subject to loan modifiation approval and balloon payment of $163854.09**

<u>**CERTIFICATE OF SERVICE**</u>

      I/We hereby certify that a true and correct copy of this Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this **January 13, 2014**.

**/s/ Eunice A Vankannel**

**Eunice A Vankannel**
Debtor Signature

**/s/ David E. Borack**

**David E. Borack 998303**
Attorney for Debtor
**Borack Law Group, P.A.**
**1180 Harwood Avenue**
**Third Floor**
**Altamonte Springs, FL 32714**
**407-644-8285**
**Fax: 407-622-4880**
**dborack@boracklawgroup.com**

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy